# ATTACHMENT 1


DOC NO
FILED
2019 JUL 25 AM 9:44

## COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

Brian

Edward

Baradic

vs

(Full name of defendant(s))

LaCrosse

County

Sheriff

Case Number:

**19 CV 606 BBC**

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __333 Vine St__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant __Brian Edward Baradic__
(Name)

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at __333 Vine St__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __LaCrosse Sheriff Department__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Sometime in June it happened to me twice. The cruel and unusal punishment there was a room with no mat. I was encorted by LaCrosse Sheriff one night. I was walking in the cell with a mat and one jailer said "not allowed. and jerked out of my hand and told me that I couldn't take the mat into the cell. I heard from other inmate that the mat was allowed 8:00am to 8:00pm. I didn't see the mat until the next day and then I was

Attachment One (Complaint) – 2

took back upstairs to E block. The next time it happened I came downstairs and there no mat in the cell and how it was for the whole night and really just remember sleeping there without a mat for a night. Isn't that cruel and unusal punishment not have a mat in the cell. One more thing on my bracklet I got glasses on and they never offered my porsciption glasses to me. It's been since May 28 2019 for Thomas C.S.C.

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ *800,000*

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Buy a house, new car, give to charity that help me out. Pays all my bills off and give my dad some money. Start a charity for kids to stay off drugs and gang fights. Go to the school early age and teach them and so it doesn't get out of hand. Go on a vacation and to start some rehab houses in the county.

E. **JURY DEMAND**

☐ Jury Demand – I want a jury to hear my case

OR

☒ Court Trial – I want a judge to hear my case

Dated this __21__ day of __July__ 20__19__.

Respectfully Submitted,

_____
Signature of Plaintiff

__2016-0697-__
Plaintiff's Prisoner ID Number

__522 Rose St__
__LaCrosse Wisconsin 54601__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.